Opinion issued August 20, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00214-CV

_____

**JESTINA BUFORD, Appellant**

**V.**

**STERLING POINT APARTMENTS/ STERLING POINT MANAGEMENT TEAM, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1125936**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's final summary judgment signed on March 22, 2019. Appellant's brief was originally due on April 29, 2019. On May 22, 2019, we issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither

timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.